454 A.2d 182

Javc, Inc. v. Cerami, et al., Appellants.
Petition for Allowance of Appeal
Denied April 19, 1983.

Argued December 2, 1980. Neil Jokelson, for appellants; Garland D. Cherry, for appellee.

Before PRICE, WATKINS and LIPEZ, JJ.

Orders affirmed.